UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERTO MONROY ROBLEDO** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-424-BAJ-EWD** |
| **ALEJANDRO MAYORKAS,**<br>**SECRETARY OF THE DEPARTMENT**<br>**OF HOMELAND SECURITY, et al.** | |

## DECLARATION OF BONNIE PITTMAN

Pursuant to 28 U.S.C. § 1746, I, BONNIE PITTMAN, make the following declaration for use in the above-captioned civil action:

1. I am over eighteen (18) years of age and am otherwise competent to make this declaration.

2. I am employed as a Legal Administrative Specialist in the Civil Division of the United States Attorney's Office for the Middle District of Louisiana (the "USAO"). In that position, part of my job responsibilities includes logging and tracking service of process for civil litigation in which the USAO is involved. My statements in this declaration are based on my personal knowledge; information contained in the files of the USAO in the ordinary course of its business; and my knowledge, skill, experience, and training in the position above. I am authorized to provide this declaration on behalf of the USAO.

3. In the regular course of its business practices, the USAO maintains a log that reflects the name of the case and the date of service of each summons and complaint that is hand-delivered to or received by mail in the USAO in connection with any civil litigation.

Exhibit A

4.	I have reviewed the entries in the above-described service log for July 29, 2021. The log reflects that the USAO received a copy of the complaint and a summons in the above-captioned action on that date.

5.	According to the USAO's records, the certified mail tracking number for the service package received by the USAO is 7019 0700 0000 7708 6204. The tracking information provided by the United States Postal Service also shows that the USAO received the plaintiff's service package on July 29, 2021.

6.	I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of September, 2021, in Baton Rouge, Louisiana.

_____
BONNIE PITTMAN